DOCUMENTS UNDER SEAL □                                    DOCUMENT NUMBER:

| **MAGISTRATE JUDGE** **MINUTE ORDER** | DEPUTY CLERK Corinne Lew | REPORTER/FTR FTR: 9:27 - 9:31 | |
|---|---|---|---|
| MAGISTRATE JUDGE Patricia V. Trumbull | DATE 6/26/07 | NEW CASE □ | CASE NUMBER CR 07-70371 PVT |

### APPEARANCES

| DEFENDANT Cesar Macedo-Estrada | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT L. Vinnard (provisionally) | PD. ☒ RET. □ APPT. □ |
|---|---|---|---|---|---|

| U.S. ATTORNEY J. Fazioli for S. Knight | INTERPRETER Spanish - A. Negro | □ FIN. AFFT SUBMITTED | □ COUNSEL APPT'D |
|---|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER A. Granados | DEF ELIGIBLE FOR □ APPT'D COUNSEL | PARTIAL PAYMENT □ OF CJA FEES |
|---|---|---|---|

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD   TYPE NH IN TIME FIELD)

| ☒ INITIAL APPEAR time 4 min. | □ PRELIM HRG time | □ MOTION time | □ JUGM'T & SENTG time | □ STATUS time |
|---|---|---|---|---|
| □ I.D. COUNSEL time | □ ARRAIGNMENT time | □ BOND SIGNING time | □ IA REV PROB. or time  S/R | □ BAIL REVIEW time |
| □ DETENTION HRG time | □ ID/REMOVALHRG time | □ CHANGE PLEA time | □ PROB. REVOC. time | □ SUP REL HRG time |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | □ NAME AS CHARGED IS TRUE NAME | □ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| □ ARRAIGNED ON INFORMATION | □ ARRAIGNED ON INDICTMENT | □ READING WAIVED SUBSTANCE | □ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| □ RELEASED ON O/R | □ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | □ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED □ CASH $ | CORPORATE SECURITY □ | REAL PROPERTY: □ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | □ DETAINED | □ RELEASED | □ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| □ CONSENT ENTERED | □ NOT GUILTY | □ GUILTY | GUILTY TO COUNTS: □ |
|---|---|---|---|
| □ PRESENTENCE REPORT ORDERED | □ CHANGE OF PLEA | □ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 6/26/07 | □ I.D. COUNSEL | □ BOND SIGNING | □ STATUS RE: CONSENT | □ STATUS/TRIALSET |
|---|---|---|---|---|
| AT: 1:30 p.m. | ☒ SUBMIT FINAN. AFFIDAVIT | □ PRELIMINARY HEARING OR | □ CHANGE OF PLEA | □ BAIL REVIEW |
| BEFORE HON. Patricia V. Trumbull | ☒ DETENTION HEARING | ARRAIGN- MENT | □ MOTIONS | □ JUDGMENT & SENTENCING |
| □ TIME WAIVED | □ TIME EXCLUDABLE UNDER 18 § USC 3161 | □ IDENTITY/ REMOVAL | □ PRETRIAL CONFERENCE | □ PROBATION REV. HEARING |

### ADDITIONAL PROCEEDINGS