SCOTT N. SCHOOLS (SC 9990)
United States Attorney

E-FILING

Filed
JUL 1 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CESAR MACEDO-ESTRADA, ) <br> ) <br> Defendant. ) <br> ) | No. CR 07 00439 <br><br> VIOLATION: Title 8, United States Code, Section 1326 - Illegal Re-Entry Following Deportation <br><br> SAN JOSE VENUE |

RMW PVT

## I N F O R M A T I O N

The United States Attorney charges:

On or about June 21, 2007, the defendant

**CESAR MACEDO-ESTRADA,**

an alien, previously having been arrested and deported from the United States on or about March 8, 2005 and December 22, 2006, and was thereafter found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security

//

//

INFORMATION

1  not having expressly consented to a re-application by the defendant for admission into the United
2  States, in violation of Title 8, United States Code, Section 1326.

3
4  Dated: 7/11/07                      SCOTT N. SCHOOLS
                                       United States Attorney
5
6
7                                      _____
                                    for DAVID R. CALLAWAY
                                       Deputy Chief, San Jose Branch Office
8
9  (Approved as to form: _____)
10                       AUSA SUSAN KNIGHT

28
   INFORMATION

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

8 USC § 1326 - Illegal Reentry

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
20 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

**DEFENDANT - U.S.**
▶ CESAR MACEDO-ESTRADA

**DISTRICT COURT NUMBER**
CR 07 00439 RMW

E-FILING Filed JUL 12 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70371 PVT

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
SUSAN KNIGHT

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: