AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**Northern** DISTRICT OF **California**

UNITED STATES OF AMERICA

v.

Cesar Macedo-Estrada

WAIVER OF INDICTMENT

CASE NUMBER: CR 07-00439 RMW

I, Cesar Macedo-Estrada, the above named defendant, who is accused of

8 U.S.C. § 1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/12/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**

JUL 12 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer