# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte   **REPORTER:** Lee-Anne Shortridge

**DATE:** August 27, 2007   **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00439 RMW

**TITLE:** UNITED STATES OF AMERICA   -V- CESAR MACEDO-ESTRADA

    **APPEARANCES:**   Present, in custody
    **INTERPRETER:**   Spanish - L. Arce
    PROBATION:

**PLTF:** AUSA: S. Knight   **DEFT:** L. Vinnard

**COURT ACTION:** STATUS HEARING

**Hearing Held.   Status Hearing Continued to 10/1/07 at 9:00 a.m.**

**Time excluded from 8/27/07 through 10/1/07 for Effective Defense Preparation.  Government to Prepare Order.**

    /s/ Corinne Lew
    **Corinne Lew**
    **Courtroom Deputy**