1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
6  150 Almaden Blvd., Suite 900
   San Jose, California 95113          E-FILED 8/30/07
   Telephone: (408) 535-5056
7  FAX: (408) 535-5066
   Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13  UNITED STATES OF AMERICA,         )  No. 07-00439 RMW
                                      )
14        Plaintiff,                  )
                                      )  STIPULATION AND [XXXXXXX]
15        v.                          )  ORDER EXCLUDING TIME
                                      )
16  CESAR MACEDO-ESTRADA,             )
                                      )
17        Defendant.                  )  SAN JOSE VENUE
                                      )
18  _____    )

19

20      On August 27, 2007, the parties in this case appeared before the Court for a status hearing. At

21  that hearing, Assistant Federal Public Defender Lara Vinnard explained to the Court that the

22  government had provided discovery, and that she needed additional time to investigate the

23  defendant's criminal history. Therefore, the parties jointly requested a status hearing for October

24  1, 2007. In addition, the parties requested an exclusion of time under the Speedy Trial Act from

25  August 27, 2007 to October 1, 2007. The defendant, through AFPD Vinnard, agreed to the

26  exclusion. The undersigned parties agree and stipulate that an exclusion of time is appropriate

27  based on the defendant's need for effective preparation of counsel.

28  //

SO STIPULATED:                          SCOTT N. SCHOOLS
                                        United States Attorney

DATED: 8/27/07                          _____/s/_____
                                        SUSAN KNIGHT
                                        Assistant United States Attorney

DATED: 8/27/07                          _____/s/_____
                                        LARA S. VINNARD
                                        Assistant Federal Public Defender

    Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from August 27, 2007 to October 1, 2007.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 8/30/07                          /s/ Ronald M. Whyte
                                        _____
                                        RONALD M. WHYTE
                                        United States District Judge