***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** October 1, 2007          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00439-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- CESAR MACEDO-ESTRADA
         **APPEARANCES:**              (P)©

**PLTF:** AUSA: S. Knight          **DEFT:** L. Vinnard
          **INTERPRETER:**              L. Acre

**COURT ACTION: DISPOSITION/SENTENCING**

**Hearing Held. The defendant plead guilty to Count 1 of the Information. A Plea Agreement was executed in open court. SENTENCING: Defendant waived the preparation of a PSR. The Court sentenced the defendant to the custody of the B.O.P. for a period of 12 months and 1 day. Upon release from custody, the defendant shall be placed on supervised release for a period of 3 years. The defendant is ordered to pay a special assessment in the amount of $100, which shall be due immediately. The Court did not impose a fine. See Judgment for specifics.**

                              */s/ Jackie Garcia*
                                **JACKIE GARCIA**
                              **Courtroom Deputy**